UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALVIN GREEN                                                CIVIL ACTION

VERSUS                                                     NUMBER: 14-0350

MIKE ORILLION, WARDEN                                      SECTION: "B"(5)

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Petitioner to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of Petitioner, Alvin Green, is dismissed without prejudice.

New Orleans, Louisiana, this 8th day of June, 2015.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE